**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0217-WJM-KLM

JEFFERY D. BREWER

     Plaintiff,

v.

MONTROSE MEMORIAL HOSPITAL, INC., and
BOARD OF TRUSTEES FOR MONTROSE MEMORIAL HOSPITAL,

     Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed March 26, 2013 (ECF No. 12).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 5th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge